```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
VINCENT PARKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0332 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CORRECTED STIPULATION AND |
| v. | ) | [PROPOSED] ORDER CONTINUING CASE |
| | ) | AND EXCLUDING TIME |
| VINCENT PARKER, | ) | |
| | ) | |
| Defendant. | ) | Date:  December 6, 2005 |
| | ) | Time:  8:30 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew D. Segal, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above matter be dropped from calendar and the matter continued to **January 10, 2006,** for status conference.  This continuance is sought in order to permit investigation into matters which may materially affect sentencing computations and may facilitate resolution of the case without trial.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act be excluded from the filing of this stipulation on December
3  5, 2005, through and including January 10, 2006, pursuant to §
4  3161(h)(8)(A) & (B)(iv), Local Code T-4.
5    **IT IS SO STIPULATED.**

6  Dated: December 5, 2005            /S/ Matthew D. Segal
                                      Assistant United States Attorney
7                                     Counsel for Plaintiff

9  Dated: December 5, 2005            /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    VINCENT PARKER

13                              **O R D E R**

14
15    **IT IS SO ORDERED.**

17  Dated: December 16, 2005

                                      _____
20                                    MORRISON C. ENGLAND, JR
21                                    UNITED STATES DISTRICT JUDGE

2