UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-00332-MCE |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| VINCENT PARKER, | |
| Defendant. | |

----oo0oo----

The Court is in receipt of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 37). Defendant's Motion is hereby DENIED.

IT IS SO ORDERED.

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1