UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:05-cr-00332-MCE |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| VINCENT PARKER, | |
| Defendant. | |

The court is in receipt of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 40). Defendant's Motion is hereby DENIED.

IT IS SO ORDERED.

Dated:  August 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1