# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:05-cr-00332-01-MCE |
| Vincent Parker ) | |
| ) | USM No: 15922-097 |
| Date of Original Judgment: 05/30/2006 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed.

**IT IS SO ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 262 months **is reduced to** 188 months, and previously imposed sentence of supervised release of 60 months **is reduced to** 48 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 6/20/2006 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 02/21/2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

*Judge's signature*

Effective Date: _____
*(if different from order date)*      *Printed name and title*